# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 27, 2024

_____

RULE 45 NOTICE

_____

No. 24-1875,     <u>Clinchfield Coal Company v. DOWCP</u>
23-0318 BLA

TO:     Clinchfield Coal Company

**DEFAULT MUST BE REMEDIED BY:** 10/15/2024

Please take notice that the court may dismiss this case for failure to prosecute pursuant to **Local Rule 45** unless the default identified below is remedied within 15 days of the date of this notice through receipt of the requisite form or fee in the Court of Appeals clerk's office. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[ X] Filing fee must be paid to Clerk, U. S. Court of Appeals. The fee may be paid by **credit card through CM/ECF** or by check or money order payable to the Clerk, U.S. Court of Appeals.

Jeffrey S. Neal, Deputy Clerk
804-916-2702