UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1875
(23-0318 BLA)
_____

CLINCHFIELD COAL COMPANY, c/o HealthSmart Casualty Claims Solutions

        Petitioner

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JOHNNY L. WALLACE

        Respondents

_____

O R D E R

_____

        Counsel for the parties and any amici curiae are requested to file one paper copy of their previously filed briefs and appendices (both sealed and public filings) on or before 09/29/2025.

        Paper copies of briefs and appendices must match the electronic version. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk